_AO91 (Rev. 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Jose Luis Jimenez Cruz | Case Number:   L-09-PO8078 |
| Chiapas, Chiapas | |
| Mexico | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 10, 2009** (Date) in **Laredo, Texas**   **Webb**   County, in the Southern District of Texas, **Jose Luis Jimenez Cruz** defendant(s),

a **Mexican** alien, did unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by, **Jose Luis Jimenez Cruz**, who admitted to being a citizen of **Mexico**, who entered and attempted to enter illegally into the United States by wading the Rio Grande River near, **Laredo, Texas**, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry and attempted entry took place on **July 10, 2009**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/
Signature of Complainant

**Richard Lall**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**July 13, 2009**                                                                                    at   Laredo, Texas
Date                                                                                                                          City and State

**B. Janice Ellington**
U.S. Magistrate Judge
Name and Title of Judicial Officer                                                          Signature of Judicial Officer