# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| *versus* § | Criminal Case 5:09–po–08078 |
| § | |
| Jose Luis Jimenez Cruz § | |

## ORDER FINDING PROBABLE CASE

I find that the complaint and/or affidavit(s) filed with the complaint, establish probable cause to believe that an offense has been committed and that the defendant committed it.

IT IS SO ORDERED.

*(signature)*
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

Date of order: July 13, 2009