UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

                Plaintiff

v.                                            Case No.: 5:09–po–08078
                                            Magistrate Judge B. Janice Ellington

Jose Luis Jimenez Cruz

                Defendant

## JUDGMENT

On **7/13/09**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 60 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

A $10.00 special assessment is imposed.

DONE at Laredo, Texas, on **7/13/09**.

_____
Janice B. Ellington
United States Magistrate Judge

RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____

to _____

at _____, with a certified copy of the Judgment.

By: _____
Deputy U.S. Marshal