# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

                              Plaintiff

v.                                                      Case No.: 5:09−po−08078
                                                        Magistrate Judge B. Janice Ellington

Jose Luis Jimenez Cruz

                              Defendant

---

## JUDGMENT

On **7/13/09**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 60 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

A $10.00 special assessment is imposed.

DONE at Laredo, Texas, on **7/13/09**.

Janice B. Ellington
United States Magistrate Judge



United States District Court
Southern District of Texas
FILED

JUL 2 4 2009

Clerk
Laredo Division

RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ July 21, 2009 _____,
to __ Maverick County Detention Center (GEO) __, at _Eagle Pass, Texas_ with a
certified copy of the Judgment.


Bobby Thompson
Warden

By

Deputy U.S. Marshal